UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE WESLEY JONES,

    Plaintiff,        Case No.  1:06cv50

v.              Hon. Gordon J. Quist

CAROL HOWES,

    Defendants.
_____/

### ORDER AND JUDGMENT
### APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on September 19, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 19, 2006, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the habeas corpus petition is **DISMISSED** pursuant to Rule 4 because Petitioner fails to raise a meritorious claim.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.


             /s/Gordon J. Quist
            Hon. Gordon J. Quist
             U.S. District Judge

Dated:  October 20, 2006